UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KARL W. PLUMMER,**

    **Petitioner,**

v.                                      Case No. 6:08-cv-155-Orl-35DAB

**SECRETARY, DEPARTMENT OF
CORRECTIONS, ATTORNEY GENERAL
FOR THE STATE OF FLORIDA,**

    **Respondents.**

_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 26)** |
| **FILED:** | **January 10, 2011** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a

constitutional right.[1]

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 13th day of January, 2011.

Copies to:
sa 1/13
Counsel of Record
Karl W. Plummer

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's Notice of Appeal (Doc. No. 25, filed January 10, 2011) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

2