**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**KARL W. PLUMMER,**

    **Petitioner,**

v.                                **Case No. 6:08-cv-155-Orl-35DAB**

**SECRETARY, DEPARTMENT OF
CORRECTIONS, ATTORNEY GENERAL
FOR THE STATE OF FLORIDA,**

    **Respondents.**

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR RECONSIDERATION (Doc. No. 28)** |
| **FILED:** | **January 24, 2011** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Although the Court determined in its Order of December 15, 2010 (Doc. No. 24) that Petitioner was not entitled to a belated appeal, the Court nevertheless considered whether a certificate of appealability would have been granted and found, on review of Petitioner's initial filing, that Petitioner would be unable to make a substantial showing of the denial of a constitutional right even if his request had been timely.

**DONE AND ORDERED** in Orlando, Florida, this 26th day of January, 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 1/26
Counsel of Record
Karl W. Plummer